**No. 10-8321. Luke Lewis Melton, III, Petitioner v. United States.**

564 U.S. 1039, 131 S. Ct. 3058, 180 L. Ed. 2d 891, 2011 U.S. LEXIS 4804.

June 27, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 391 Fed. Appx. 799.

**No. 10-8434. Charles Randall Davis, Petitioner v. Ray Hobbs, Director, Arkansas Department of Correction, et al.**

564 U.S. 1039, 131 S. Ct. 3058, 180 L. Ed. 2d 891, 2011 U.S. LEXIS 4941.

June 27, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 10-8448. Kimorn Bowes, Petitioner v. United States.**

564 U.S. 1040, 131 S. Ct. 3058, 180 L. Ed. 2d 891, 2011 U.S. LEXIS 4821.

June 27, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 10-8800. Robert Peter Vogt, Jr., Petitioner v. North Carolina.**

564 U.S. 1040, 131 S. Ct. 3059, 180 L. Ed. 2d 891, 2011 U.S. LEXIS 4803.

June 27, 2011. Petition for writ of certiorari to the Supreme Court of North Carolina denied.

Same case below, 364 N.C. 425, 700 S.E.2d 224.

**No. 10-8876. Sabu Abdul Jauhari, Petitioner v. United States.**

564 U.S. 1040, 131 S. Ct. 3059, 180 L. Ed. 2d 891, 2011 U.S. LEXIS 4836.

June 27, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 394 Fed. Appx. 986.

**No. 10-8969. Kern Carver Bernard Wilson, Petitioner v. United States.**

564 U.S. 1040, 131 S. Ct. 3059, 180 L. Ed. 2d 891, 2011 U.S. LEXIS 4831.

June 27, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 408 Fed. Appx. 798.

**No. 10-9090. Rex Alvin Payne, Petitioner v. United States.**

564 U.S. 1040, 131 S. Ct. 3060, 180 L. Ed. 2d 891, 2011 U.S. LEXIS 4817.

June 27, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 403 Fed. Appx. 823.